**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 12-683-02** |
| | : | |
| **VICTOR MARRERO** | : | |

## ORDER

**NOW**, this 11th day of August, 2016, upon consideration of the Motion to Reduce Sentence (Document No. 41) and the government's response, it is **ORDERED** that the motion is **DENIED**.

                                                         /s/Timothy J. Savage
                                                    TIMOTHY J. SAVAGE,  J.